UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALLAN PARMELEE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DAVE SNELL, et al.,<br><br>　　　　　Defendants. | NO.  CV-04-5117-RHW<br><br>ORDER AFFIRMING DISMISSAL |

By Order filed April 11, 2005, the court directed Mr. Parmelee to show cause why his voluntary dismissal should not stand. Plaintiff responded by letter dated April 15, 2005, advising the court he will stand by his Motion to Voluntarily Dismiss. Accordingly, the Order filed January 31, 2005 (Ct. Rec. 15) is **AFFIRMED.** The District Court Executive shall **STRIKE** the Motion for Reconsideration (Ct. Rec. 18).

**IT IS SO ORDERED.** The District Court Executive is directed to enter this order, enter judgment, forward a copy to Plaintiff and close the file.

**DATED** this 23rd day of May 2005.

　　　　　　　　　　　　　　　　s/ROBERT H. WHALEY
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Q:\CIVIL\2004\Parmelee\aff.ord.wpd

ORDER AFFIRMING DISMISSAL -- 1